# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-11864
_____

JEFFERY LEE,

*Plaintiff-Appellant,*

*versus*

COMMISSIONER, ALABAMA DEPARTMENT OF
CORRECTIONS,
WARDEN, HOLMAN CORRECTIONAL FACILITY,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:25-cv-00680-ECM
_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued
on this date in this appeal is entered as the judgment of this Court.

Entered: June 8, 2026

For the Court: DAVID J. SMITH, Clerk of Court